## MOTION DOCKET

**91–401.** State, ex rel. LTV Steel Co., v. Gwin. In Prohibition. On motions to reconsider denial of extension of time and for leave to file reply memorandum. Motions granted.

WRIGHT, H. BROWN and RESNICK, JJ., dissent.

**91–1028** and **91–1037.** In re Petition to Annex 320 Acres to South Lebanon. *Warren County,* No. CA90–04–024. On motion for leave to file reply brief of *amicus.* Motion granted.

MOYER, C.J., HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY, J., not participating.